FILED - USDC -NH
2024 DEC 11 AM 8:40

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 24-cr-117-LM-TSM-01 |
| ) | |
| MENGYING JIANG, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

### Background

At all times material to this Information:

1. WeChat was a messaging app with servers located outside the United States, primarily in the People's Republic of China.

2. The defendant, MENGYING JIANG, was a Chinese national. He previously resided in Massachusetts and New York until approximately March 2023, when he moved to New Hampshire.

3. Co-conspirator 1 was a Chinese national and a resident of Massachusetts.

4. Co-conspirator 2 was a Chinese national and previously resided in Massachusetts and New York until approximately March 2023, when she moved to New Hampshire.

5. Co-conspirator 3 was a Chinese national and a resident of New York.

### COUNT ONE

Conspiracy to Commit Wire Fraud
[18 U.S.C. §§ 1349 and 1343]

6. Paragraphs 1 through 5 are realleged.

7. Beginning on an unknown date, but at least by January 1, 2023, and continuing

1

through on or about January 10, 2024, in the District of New Hampshire and elsewhere, the defendant,

## MENGYING JIANG,

co-conspirator 1, co-conspirator 2, co-conspirator 3, and others known and unknown to the United States Attorney, did knowingly and willfully combine, conspire, confederate, and agree to commit wire fraud by devising and intending to devise a scheme and artifice to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purposes of executing the scheme and artifice, transmitted and caused to be transmitted by means of wire communications in interstate commerce certain writings, signs, and signals in violation of Title 18, United States Code, Section 1343.

### Object of the Conspiracy

8.  It was the object of the conspiracy to obtain fraudulent gift cards and use those gift cards to purchase Apple products and other electronics, which would be sold to overseas buyers.

### Manner and Means

It was a manner and means of the conspiracy that:

9.  Organized criminal elements obtained fraudulent electronic gift cards through multiple means, including hacking, romance fraud, and elder fraud.

10. The defendant and co-conspirator 2 purchased large quantities of fraudulent gift card data through WeChat.

11. The defendant paid for the fraudulent gift cards using cryptocurrency. The purchase price was discounted from the nominal face value of the gift cards.

12. The defendant and co-conspirator 2 also used WeChat to disseminate the fraudulent gift card data to other co-conspirators.

13. The defendant, co-conspirator 2, co-conspirator 3, and other co-conspirators

known and unknown then used the fraudulent gift cards to purchase Apple products and other electronics in New Hampshire and elsewhere. Those products would be consolidated in warehouses for resale and shipment overseas.

14. Co-conspirator 1 operated one such warehouse in Salem, New Hampshire.

15. Electronics purchased by the defendant, co-conspirator 2, co-conspirator 3, and other co-conspirators using the fraudulent gift cards were brought to co-conspirator 1's warehouse for shipment. The goods were consolidated for shipment overseas to multiple countries, including China. The defendant and co-conspirator 1 coordinated deliveries of Apple products to the Salem warehouse through WeChat.

16. Buyers of the Apple products used WeChat to communicate with the defendant and co-conspirator 1 and paid them in cryptocurrency.

17. On an unknown date, but at least by September 1, 2023, the defendant and co-conspirator 2 recruited co-conspirator 3 to join the conspiracy.

18. On or about October 18, 2023, Company 1, a corporation headquartered in the Northeastern United States, was the victim of a cyber intrusion. The hackers caused Company 1 to issue approximately 15,000 fraudulent gift cards with a nominal value of over $5 million.

19. On or about October 19, 2023, the defendant and co-conspirator 2 purchased some of the fraudulent gift cards. The gift card sellers used WeChat to transmit at least 35 of the cards with a nominal face value of $7,000 to the defendant and co-conspirator 2. That same day, the defendant, co-conspirator 3, and two other Chinese males used those 35 cards at a store in Salem, New Hampshire.

20. On an unknown date, but at least by December 13, 2023, Victim A, a resident of Washington state, was the victim of elder fraud. Victim A was deceived into purchasing $4,000 worth of gift cards at a store in Spokane, Washington. The gift card numbers, including one

ending -4131, were transmitted to China.

21.     On or about December 13, 2023, the gift card ending -4131 originally purchased by Victim A was disseminated on WeChat and found on a thread involving the defendant, co-conspirator 2, and 12 other individuals.

22.     On or about December 28, 2023, Victim B, a resident of Alabama, was the victim of a gift card theft. Victim B purchased a gift card which was subsequently used without his permission.

23.     On or about December 29, 2023, Victim B's gift card information was purchased via WeChat by the defendant and co-conspirator 2, who in turn used WeChat to send the card information to co-conspirator 3. Co-conspirator 3 used Victim B's gift card at a store in Concord, New Hampshire to purchase electronics.

24.     Throughout the course of the conspiracy, the defendant personally acquired and transferred $3 million worth of fraudulent gift cards through WeChat.

25.     All in violation of Title 18, United States Code, Section 1349 and 1343.

Dated: December 11, 2024                         JANE E. YOUNG
                                                 United States Attorney

                                         By:     /s/ Alexander S. Chen
                                                 Alexander S. Chen
                                                 Assistant U.S. Attorney